Dismissed and Memorandum Opinion filed June 12, 2008








Dismissed
and Memorandum Opinion filed June 12, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01095-CV

____________

 

UNITED HEALTHCARE SERVICES, INC. AND ITS AFFILIATE
UNITED HEALTHCARE OF TEXAS, INC., Appellants

 

V.

 

HADAR SPIVAK, M.D., Appellee

 



 

On Appeal from the
133rd District Court

Harris County,
Texas

Trial Court Cause
No. 2007-57970 

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 12, 2007.  On June 2, 2008,
appellants filed a motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 








Judgment rendered and Memorandum Opinion filed June
12, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.